IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-499-RLV-DCK

| PETER G. KOURES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| PFIZER, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For Special Admission" (Document No. 6) concerning Stephanie E. Lewis, filed November 1, 2010. It appears Ms. Lewis actually seeks to appear as counsel *pro hac vice* for Defendant Pfizer, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Lewis is admitted to appear before this court *pro hac vice* on behalf of Defendant Pfizer, Inc.

Signed: November 1, 2010

David C. Keesler
United States Magistrate Judge