IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-499-MOC-DCK

| | |
|---|---|
| PETER G. KOURES, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| PFIZER, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., filed a "Certification Of ADR Session" (Document No. 19) notifying the Court that the parties reached a settlement on March 8, 2012. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **April 9, 2012**.

Signed: March 9, 2012

David C. Keesler
United States Magistrate Judge