IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-499-MOC-DCK

| | |
|---|---|
| PETER G. KOURES, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| PFIZER, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal" (Document No. 22) filed March 31, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion, without prejudice.

It appears that Plaintiff's motion does not meet the requirements of the Local Rules. <u>See</u> Local Rule 6.1(C)(4) and 7.1(B).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Seal" (Document No. 22) is **DENIED WITHOUT PREJUDICE**.

Signed: March 31, 2015

David C. Keesler
United States Magistrate Judge